Same cases below, 389 U.S. App. D.C. 86, 592 F.3d 139.

**No. 10-212. Maria Henrietta Williams, Petitioner v. United States.**

562 U.S. 1044, 131 S. Ct. 597, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8991.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 602 F.3d 313.

**No. 10-216. Frederick Tarantino, Petitioner v. City of Hornell, New York, et al.**

562 U.S. 1044, 131 S. Ct. 598, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8821.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 378 Fed. Appx. 68.

**No. 10-335. Pearl Cottier, et al., Petitioners v. City of Martin, South Dakota, et al.**

562 U.S. 1044, 131 S. Ct. 598, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8887.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 604 F.3d 553.

**No. 10-336. Larry Green, Petitioner v. Fidelity Investments.**

562 U.S. 1044, 131 S. Ct. 598, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8874.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 374 Fed. Appx. 573.

**No. 10-343. Stefano Picciotto, et al., Petitioners v. Appeals Court of Massachusetts.**

562 U.S. 1044, 131 S. Ct. 598, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8999.

November 15, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 457 Mass. 1002, 927 N.E.2d 998.

**No. 10-346. Trudy Griffin, Petitioner v. Darrell Hardrick.**

562 U.S. 1044, 131 S. Ct. 601, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8903.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 604 F.3d 949.